IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILES ZACKERY-COLE NOVEMBER, et al,
    Plaintiffs,

v.                                              Civil Action No. 3:17-cv-113-JAG

CHESTERFIELD COUNTY, VIRGINIA, et al,
    Defendants.

## ORDER

This matter comes before the Court on the plaintiffs' motion to seal portions of the complaint. (Dk. No. 2.) Upon due consideration, the Court DENIES the motion to seal. Before a court may seal any court document, "it must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). Based upon its *in camera* review of the complaint, the Court finds that the medical information contained within the complaint does not warrant sealing.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: February 15, 2017
Richmond, VA

                                                /s/
                               John A. Gibney, Jr.
                               United States District Judge