IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILES ZACKERY-COLE NOVEMBER, et al,
    Plaintiffs,

v.                                    Civil Action No. 3:17-cv-113-JAG

CHESTERFIELD COUNTY, VIRGINIA, et al,
    Defendants.

## ORDER

This matter comes before the Court on its own initiative. The parties have informed the Court that they have settled the case and have requested a few weeks to finalize the settlement. The Court grants that request and CONTINUES generally all case deadlines.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 5, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge