UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILES ZACKERY-COLE NOVEMBER,

    Plaintiff,

v.                               Case No.: 3:17-cv-00113-JAG

RYAN T. SWOPE,

    Defendant.

## STIPULATION OF DISMISSAL AND FINAL ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that Defendant Ryan T. Swope shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and each party is to bear its own fees and costs.

ALL OTHER DEFENDANTS HAVING PREVIOUSLY BEEN DISMISSED from this case, the case is now closed and it is hereby removed from the docket of the Court.

Entered this _____ day of _____, 2018.


By:_____
      United States District Court Judge

WE ASK FOR THIS:

/s/ Mark J. Krudys
Mark J. Krudys (VSB #30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, VA  23219
Phone (804) 774-7950
Facsimile (804) 381-4458
mkrudys@krudys.com

<div style="display: flex;">

<div>

John C. Shea (VSB #17436)  
Mark S. Lindensmith (VSB #20452)  
MARKS & HARRISON, PC  
1500 Forest Avenue  
Suite 100  
Richmond, VA  23229  
Phone (804) 282-0999  
Facsimile (804) 288-1853  
jshea@marksandharrison.com  
mlindensmith@marksandharrison.com  

</div>

<div>

Charles H. Cuthbert Jr. (VSB #14519)  
Richard M. Cuthbert (VSB #82025)  
CUTHBERT LAW OFFICES  
A Professional Corporation  
220 North Sycamore Street  
Petersburg, VA 23803  
Phone (804) 733-3100  
Facsimile (804) 732-4658  
ccuthbert@cuthbertlaw.com  
rcuthbert@cuthbertlaw.com  

</div>

</div>

John F. Preis (VSB #45764)  
7719 Rock Creek Rd.  
Henrico, VA 23229  
phone (804) 289-8682  
jpreis@richmond.edu  

*Counsel for Plaintiff*


/s/ Jeffrey L. Mincks  (with permission)____  
Jeffrey L. Mincks, Esq.  
Stylian P. Parthemos, Esq.  
Julie Seyfarth, Esq.  
County of Chesterfield  
P.O. Box 40  
Chesterfield, Virginia 23832-0040  
MincksJ@chesterfield.gov  
ParthemosS@chesterfield.gov  
SeyfarthJ@chesterfield.gov  
*Counsel for Defendants Chesterfield County, Gruarin, Colvin, Loving, and Wilson*


/s/ David P. Corrigan (with permission)____  
David P. Corrigan, Esq.  
Jeremy D. Capps, Esq.  
Douglas E. Pittman, Esq.  
HARMAN, CLAYTOR, CORRIGAN & WELLMAN  
P.O. Box 70280  
Richmond, Virginia 23255  
dcorrigan@hccw.com  
jcapps@hccw.com  
dpittman@hccw.com  
*Counsel for Defendant Swope*

2

**Certificate of Service**

I hereby certify that on this 27th day of March 2018, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of the filing to the following:

Jeffrey L. Mincks, Esq.
Stylian P. Parthemos, Esq.
Julie Seyfarth, Esq.
County of Chesterfield
P.O. Box 40
Chesterfield, Virginia 23832-0040
MincksJ@chesterfield.gov
ParthemosS@chesterfield.gov
SeyfarthJ@chesterfield.gov
*Counsel for Defendants Chesterfield County, Gruarin, Colvin, Loving, and Wilson*

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Douglas E. Pittman, Esq.
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
P.O. Box 70280
Richmond, Virginia 23255
dcorrigan@hccw.com
jcapps@hccw.com
dpittman@hccw.com
*Counsel for Defendant Swope*

           /s/ Mark J. Krudys
Mark J. Krudys (VSB No. 30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, VA  23219
Phone (804) 774-7950
Facsimile (804) 381-4458
mkrudys@krudys.com