IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILES ZACKERY-COLE NOVEMBER, et al.,
    Plaintiff,

v.    Civil Action No. 3:17-cv-113

CHESTERFIELD COUNTY VIRGINIA, et al.,
    Defendant.

## FINAL ORDER

On March 3 and March 27, 2018, the parties filed stipulations of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. Nos. 134, 136.) The Court acknowledges these voluntary dismissals with prejudice and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 29, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge